## HYDRAULIC PRESS BRICK COMPANY v. MORTGAGE LAND INVEST-MENT COMPANY.

## E. A. ENGLER LUMBER COMPANY v. MORTGAGE LAND INVESTMENT COMPANY.[1]

May 9, 1919.

No. 21,200.

**Foreclosure of mechanic's lien.**

Findings in favor of plaintiff sustained by the evidence. [Reporter]

Action in the district court for Hennepin county to foreclose a mechanic's lien. Defendants interposed a counterclaim for $12,000. The case was tried before Steele, J., who made findings and ordered judgment in favor of plaintiff. From an order denying its motion for amended findings or for a new trial, defendant investment company appealed. Affirmed.

*Henry Ebert* and *Charles B. Elliott*, for appellant.

*Josiah E. Brill* and *Maurice Rose*, for respondent.

PER CURIAM.

Action for the foreclosure of a mechanic's lien, and the recovery of the value of lumber and building material sold and delivered to defendants. A trial before the court without a jury resulted in findings of fact and an order for judgment in plaintiff's favor. Defendants appealed from an order denying their motion for amended findings or a new trial.

The only question presented is whether the evidence supports the findings of the trial court. A careful reading of the record leads to an affirmance. We find sufficient evidence to support the findings that the material for which recovery was demanded was in fact delivered to defendants as alleged in the complaint. A discussion of the evidence is unncessary.

Order affirmed.

[1]Reported in 172 N. W. 958.